# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cox, on behalf of himself and all others similarly situated | Case No.   24-cv-844-AJB-MMP |
| **Plaintiff,** | |
| **v.** | **NOTICE OF RELATED CASE** |
| Kisco Senior Living, LLC. | |
| **Defendant.** | |

### REPORT OF CLERK PURSUANT TO RELATED CASE

Re:    "Low-Numbered" Case No.:   24-cv-751-AGS-AHG

Title:   Gois et al v. Kisco Senior Living, LLC

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g.  Any other party may file a Reply within 7 days of such Objection.

The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due.  If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

**John Morrill**, Clerk of Court,

Dated:        5/13/24                           By:  s/ M. Quinata

M. Quinata, Deputy