UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul GOIS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KISCO SENIOR LIVING, LLC,<br><br>Defendant. | Case No.: 24-cv-0751-AGS-AHG<br><br>**ORDER GRANTING IN PART MOTION TO CONSOLIDATE (ECF 7) AND GRANTING LEAVE TO AMEND** |
| Ronald COX, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KISCO SENIOR LIVING, LLC,<br><br>Defendant. | Case No.: 24-cv-0844-AGS-AHG<br><br>**ORDER GRANTING IN PART MOTION TO CONSOLIDATE AND CLOSING CASE** |

The parties request consolidation of these two related class cases, filed within weeks of each other and arising from the same general claims against Kisco Senior Living, LLC. (*See* ECF 7.) That request is **GRANTED**. *See* Fed. R. Civ. P. 42(a). All future docketing will be done in the lead case, *Gois*, No. 24-cv-0751-AHS-AHG.

The Clerk is **DIRECTED** to close *Cox*, No. 24-cv-0844-AHS-AHG, as duplicative. The Court grants **LEAVE TO AMEND** in *Gois* to file an amended complaint that may only be updated to include the parties, attorneys, and claims from *Cox*. The amended complaint must be filed by June 21, 2024. Defendant shall have 30 days from the date of service to answer or otherwise respond.

The request to set a deadline for filing an application for interim lead counsel is **DENIED** without prejudice. "[C]ases in which interim counsel is appointed are typically those in which a large number of putative class actions have been consolidated." *White v.*

1

*TransUnion, LLC*, 239 F.R.D. 681, 683 (C.D. Cal. 2006) (collecting cases). Here, only two cases have been combined. Even so, in consolidated actions of any size "there may be rivalry or uncertainty that makes formal designation of interim counsel appropriate." Fed. R. Civ. P. 23 advisory committee's note to 2003 amendment. But "[i]f the lawyer who filed the suit is likely to be the only lawyer seeking appointment as class counsel, appointing interim class counsel may be unnecessary." *Caricofe v. Ford Motor Co.*, No. 23-cv-1012-TWR-AHG, 2023 WL 4878735, at *1 (S.D. Cal. July 31, 2023). Because there is no indication that interim lead counsel need be designated at this time, the Court declines to mandate any particular deadline. The parties remain free to move for such an appointment, and the Court will revisit the issue later on a more complete record.

Dated:  May 24, 2024

Hon. Andrew G. Schopler
United States District Judge